NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

DURAMED PHARMACEUTICALS, INC. (NOW KNOWN AS TEVA WOMEN'S HEALTH, INC.),

*Plaintiff-Appellant,*

v.

PADDOCK LABORATORIES, INC.,

*Defendant-Appellee.*

2010-1419

Appeal from the United States District Court for the Southern District of New York in case no. 09-CV-1905, Senior Judge Leonard B. Sand.

## ON MOTION

## ORDER

Upon consideration of the unopposed motion for leave to include portions of two subpoenas in the joint appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>FEB 1 7 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Corey J. Manley, Esq.
Edgar H. Haug, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 1 7 2011

JAN HORBALY
CLERK